IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn

Civil Case No. 10-cv-01338-REB–MJW

ROBERT WYDICK,

    Plaintiff,

v.

RJM ACQUISITIONS, LLC, and
DOES 1-10, inclusive,

    Defendants.

## ORDER OF DISMISSAL

**Blackburn, J.**

The matter before me is the **Stipulation of Dismissal With Prejudice** [#12] filed September 21, 2010. After reviewing the stipulation and the file, I conclude that the stipulation should be approved and that this action should be dismissed with prejudice.

**THEREFORE, IT IS ORDERED** as follows:

1. That the **Stipulation of Dismissal With Prejudice** [#12] filed September 21, 2010, is **APPROVED**;

2. That the Trial Preparation Conference set for August 19, 2011, is **VACATED**;

3. That the jury trial set to commence September 12, 2011, is **VACATED**; and

4. That this action is **DISMISSED WITH PREJUDICE** with the parties to pay their own attorney fees and costs.

Dated September 21, 2010, at Denver, Colorado.

                      BY THE COURT:

                      */s/ Bob Blackburn*
                      Robert E. Blackburn
                      United States District Judge